IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Booker Gattis, #18324-256, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 8:09-70-TLW-BHH |
| Federal Bureau of Prison;<br>Former Warden, M. Pettiford;<br>Present Warden, D. Drew,<br>FCI-Bennetsville; Luis Berrios,<br>MD Clinical Director; Julia E. Berrios,<br>MD Medical Officer FCI/FPC Bennettsville;<br>H. Hanson, PAC; K. Wright, Head of<br>Medical; JUMP Medical Supervisor; | ) |
| Defendants. | ) |

# ORDER

The plaintiff, Booker Gattis ("plaintiff"), proceeding *pro se*, filed this action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). (Doc. #1). The plaintiff filed an amended complaint on April 2, 2009. (Doc. #16). The defendants filed a motion for summary judgment on May 26, 2009. (Doc. #32). The plaintiff filed a response in opposition to the motion for summary judgment on June 29, 2009. (Doc. #41). The defendant filed additional documents in support of his response on July 6, 2009. (Doc. #43). The case was referred to United States Magistrate Judge Bruce Howe Hendricks pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(c), DSC.

This matter comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #55). In the Report, the Magistrate Judge recommends that the defendants' motion for summary judgment

be granted and that the action be dismissed with prejudice. (Doc. #55). The plaintiff filed no objections to the report. Objections were due on December 14, 2009.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #55). For the reasons articulated by the Magistrate Judge, the defendants' motion for summary judgment, (Doc. #32), is hereby **GRANTED** and this action is dismissed with prejudice.

**IT IS SO ORDERED**.

                                                    s/Terry L. Wooten
                                                United States District Judge

January 26, 2010
Florence, South Carolina