IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Booker Gattis, #18324-056,   )
                             )
        Plaintiff,           )
                             )
vs.                          )   Civil Action No. 8:09-70-TLW-BHH
                             )
Federal Bureau of Prison;    )
Former Warden, M. Pettiford; )
Present Warden, D. Drew,     )
FCI-Bennetsville; Luis Berrios, )
MD Clinical Director; Julia E. Berrios, )
MD Medical Officer FCI/FPC Bennettsville;)
H. Hanson, PAC; K. Wright, Head of )
Medical; JUMP Medical Supervisor; )
                             )
        Defendants.          )
_____)

# ORDER

On November 24, 2009, the United States Magistrate Judge to whom this case was previously assigned issued a Report and Recommendation ("the Report") recommending that this case be dismissed with prejudice. (Doc. #55). No objections were filed by the plaintiff. Objections were due on December 14, 2009. No objections having been filed, this Court issued an Order accepting the Report and dismissing this action with prejudice on January 26, 2010. (Doc. #58).

On February 5, 2010, the plaintiff filed a document that has been docketed by the Clerk of Court as a motion for reconsideration.[1] (Doc. #60). The plaintiff then filed a letter noting that he did not receive a copy of the Report, and requesting that he be permitted time to object to the Report. (Doc. #68).

---

[1] In the document, the plaintiff states that he never received the motion for summary judgment. The Court notes that the plaintiff filed a response to the motion for summary judgment, (Doc. #41), and that the plaintiff is apparently referring to the Report and Recommendation, (Doc. #55), rather than the motion for summary judgment.

The Court concludes that it is appropriate to allow the plaintiff an additional twenty (20) days to file objections to the Report. Should the plaintiff choose to file objections, this Court will conduct a *de novo* review of the objections and determine if it is necessary for this Court to reconsider its previous Order dismissing this case with prejudice.

For the foregoing reasons, the plaintiff shall be entitled to an additional twenty (20) days from the entry of this Order to file objections to the Report.[2]

**IT IS SO ORDERED**.

                                                          s/Terry L. Wooten
                                                    United States District Judge

April 26, 2010
Florence, South Carolina

---

[2]The Court notes that Dr. Farooq H. Qurashi was dismissed from this action, without objection, through prior Order of this Court. (Doc. #54). Regardless of the status of any objections to the Report, the dismissal remains final as to Dr. Qurashi.